UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                              Case No. 14-BK-13456
                                                    Chapter 13
**ARMANDO SERRANO,**
    Debtor
_____/

## STIPULATION AND SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that CHARLES T. STOHLMAN ESQ., may be substituted as counsel of record for Debtor, ARMANDO SERRANO, and that ROBERT SANCHEZ ESQ, will withdraw as counsel for Debtor.

Dated this 15TH day of January, 2014.

| | |
|---|---|
| CHARLES T. STOHLMAN, ESQ. | ROBERT SANCHEZ, ESQ. |
| 120 E. PINE STREET STE: #7 | 355 W 49TH STREET |
| LAKELAND, FLORIDA 33801 | HIALEAH, FL 33012 |
| Tele: (863)603-0856 | Tele: 305-687-8008 |
| Email: charless@cstohlmanlaw.com | (305) 687-8008 |
| By: _____ | By: _____ |
| Charles T. Stolman, Esq. | Robert Sanchez Esq. |
| Fla. Bar No. | Fla. Bar No. 0442161 |