UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Armando Serrano                                    Case No. 9:14-bk-13465-FMD
     Debtor.     /                                          Chapter 7

## EX-PARTE MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW**, the undersigned as counsel for debtor, Armando Serrano, (hereinafter referred to as "Debtor") and jointly move hereto to substitute Robert Sanchez, Esq. for Charles T Stohlman, Esq. as his attorney of record in this case.

1. The Debtor consents to this substitution of counsel and wishes to name Charles T Stohlman, Esq., as the new attorney of record for this case.

2. Both undersigned attorneys have certified that the Debtor consents to the substitution per the signed the Stipulation of Counsel.

3. This instant Motion will be served on the client and all parties in interest entitled to notice by Robert Sanchez, Esq. in a separate Certificate of Service.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter and Order substituting Robert Sanchez, Esq. with Charles T Stohlman, Esq.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 15th day of May 2015: to all parties on the service list.

| | |
|---|---|
| **ROBERT SANCHEZ, P.A.** | **Charles T Stohlman** |
| Robert Sanchez, P.A. | The Stohlman Law Firm, LLC |
| 355 W 49th Street, | 120 E Pine Street, Suite 7 |
| Hialeah, FL 33012 | Lakeland, FL 33801 |
| Tel. (305) 687-8008 | 863-603-0856 |
| By:*/s/Robert Sanchez*_____ | By:*/s/ Charles T. Stohlman* |
| Robert Sanchez, Esq., FBN#0442161 | Charles T. Stohlman FBN# 933287 |

1