**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:                                                    Case No. 9:14-bk-13465-FMD
Armando Serrano,                                          Chapter 7

      Debtor.
_____/

<u>**ORDER APPROVING EX-PARTE STIPULATION FOR SUBSTITUTION OF COUNSEL**</u>

      THIS CASE came to before the Court upon the Ex-Parte Motion for Substitution of

Counsel [ECF #31], and the Court having reviewed the Stipulation and being fully advised,

accordingly it is;

      **ORDERED** as follows:

      1.    The Motion for Substitution of Counsel is approved.

      2.    Charles T. Stohlman, Esq. is substituted as counsel of record for the Debtor and

Robert Sanchez, Esq., is withdrawn as counsel of record for the Debtor and relieved of further

responsibility herein.

_____
Caryl E. Delano
United States Bankruptcy Judge

Robert Sanchez, Esq. is directed to serve a copy of this order to all interested parties and to file a Certificate of
Service with the Clerk of the Bankruptcy Court.