UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Armando Serrano                                      Case No. 9:14-bk-13465-FMD
_____Debtor._____/                            Chapter 7

**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY,** that a true and correct copy of the Joint Ex-Parte Motion for

Substitution of Counsel and all attachments were sent on May 15, 2015 as follows:

Electronically:

Robert E Tardif, Jr., Trustee
Charles T Stohlman, Esq.

Via First Class Mail:

Debtor, Armando Serrano
3002 Harvard Circle
Labelle, FL 33935-5339

All the creditors on the attached list.

                          Respectfully Submitted:
                          **ROBERT SANCHEZ, P.A.**
                          Attorney for Debtor
                          355 West 49th Street
                          Hialeah, FL 33012
                          Tel. 305-687-8008

                          By:*/s/ Robert Sanchez_____*
                          Robert Sanchez, Esq., FBN#0442161

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410

Cach, LLC
c/o Harold E. Scherr, Esq.
1064 Greenwood Blvd #328
Lake Mary, FL 32746

Cach, LLC
c/o Ct Corporation System RA
1200 S Pine Island Rd
Fort Lauderdale, FL 33324

Cap One
Po Box 85520
Richmond, VA 23285

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Cavalry Portfolio Services
POB 27288
Tempe, AZ 85285-7288

Cavalry Portfolio Services
POB 27288
Tempe, AZ 85285-7288

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Comenity Bank/Amsgnfrn
4590 E Broad St
Columbus, OH 43213

Concord
6560 N Scottsdale Rd #G100
Scottsdale, AZ 85253

County of Miami-Dade
c/o Tomas H Robertson, Esq.
111 NW 1st Street
Suite 2810
Miami, FL 33128

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Home Loan Services
150 Allegheny Center Mal
Pittsburgh, PA 15212

Hsbc Bank
Po Box 9
Buffalo, NY 14240

Hsbc/Nthrn
Po Box 9
Buffalo, NY 14240

I C System Inc
Po Box 64378
Saint Paul, MN 55164

I C System Inc
Po Box 64378
Saint Paul, MN 55164

LVNV Funding
POB 10497
Greenville, SC 29603

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Memorial Plan Dade South Mem
14200 SW 117 Avenue
Miami, FL 33186

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Residential Credit Slt
4282 North Fwy
Fort Worth, TX 76137

Residential Credit Solutions
c/o Shapiro, Fishman & Gache
2424 N Federal Highway
Suite 360
Boca Raton, FL 33431

Resurgent
Po Box 10584
Greenville, SC 29603

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216

Syncb/Care Credit
Po Box 965036
Orlando, FL 32896

Syncb/Jcp
Po Box 965007
Orlando, FL 32896

Syncb/Pep Boys
Po Box 981439
El Paso, TX 79998

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117