ORDERED.

Dated:  July 30, 2015

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 9:14-bk-13465-FMD
Armando Serrano,                                                           Chapter 7
Debtor.
_____/

**ORDER APPROVING EX-PARTE STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CASE came before the Court upon the Ex-Parte Motion for Substitution of Counsel [ECF58], and the Court having reviewed the Stipulation and being fully advised, accordingly it is;

**ORDERED** as follows:

1.  The Motion for Substitution of Counsel is approved.

2.  Charles T. Stohlman, Esq. is substituted as counsel of record for the Debtor and Robert Sanchez, Esq., is withdrawn as counsel of record for the Debtor and relieved of further responsibility herein.

Attorney Robert Sanchez is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.